**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KELSEY HIRMER, an Illinois resident, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:22-cv-01018 |
| | ) | |
| ESO SOLUTIONS, INC. d/b/a ECORE | ) | Judge Matthew F. Kennelly |
| SOLUTIONS, INC., a Texas Corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S MOTION TO STAY LITIGATION PENDING RESOLUTION OF**
**PARALLEL STATE COURT PROCEEDINGS**

Defendant ESO Solutions, Inc. ("Defendant"), through counsel, hereby moves to stay this matter pending the resolution of the parallel state-court action that Plaintiff Kelsey Hirmer filed on May 4, 2020, against her former employer, Elite Medical Transportation, LLC, in the Circuit Court of Cook County, captioned: *Kelsey Hirmer v. Elite Medical Transportation, LLC*, No. 2020-CH-04069, stay all proceedings and deadlines pending the resolution of this Motion, and enter any further relief it deems just and appropriate. In support of its Motion, Defendant incorporates by refence its Memorandum of Law in Support of its Motion to Stay Litigation Pending Resolution of Parallel State Court proceedings, which is being filed contemporaneously herewith.

1

Dated: May 31, 2022                         Respectfully submitted,

                                            **ESO Solutions, Inc.**

                                    By:     */s/ __ Jody Kahn Mason_____*
                                            One of the Attorneys for Defendant,
                                            ESO Solutions, Inc.

Jody Kahn Mason
Andrew D. Welker
Jackson Lewis P.C.
150 North Michigan Ave., Suite 2500
Chicago, IL 60601
Tel.: 312.787.4949
Jody.Mason@jacksonlewis.com
Andrew.Welker@jacksonlewis.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, hereby certifies that on May 31, 2022 I caused the foregoing to be electronically filed with the Northern District of Illinois using the ECF filing system to all of the attorneys of record in this matter.

_/s/__Jody Kahn Mason_____