**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3**
**Eastern Division**

Kelsey Hirmer
                      Plaintiff,

v.                                            Case No.: 1:22−cv−01018
                                            Honorable Matthew F. Kennelly

ESO Solutions, Inc.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 13, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic motion hearing held on 7/13/2022. Oral ruling made on the defendant's motion to stay [27]. The defendant's motion to stay [27] is granted as to the reasons stated on the record. The case is stayed pending the plaintiff's state court suit. The motion to dismiss [22] is terminated without prejudice. The parties are directed to file a joint status report by 10/31/2022. A telephonic status hearing is set for 11/7/2022 at 9:00 a.m. The following call−in number will be used for the hearing: 888−684−8852, conference code 746−1053. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.