# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Kelsey Hirmer

                          Plaintiff,

v.                                       Case No.: 1:22−cv−01018

                                                               Honorable LaShonda A. Hunt

ESO Solutions, Inc.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 14, 2025:

       MINUTE entry before the Honorable LaShonda A. Hunt: Telephonic and in−person motion hearing held. For the reasons stated on the record, Plaintiff's motion for attorney fees, costs, and service award [81] and Plaintiff's motion for final approval of a class action settlement [86] are both granted. Enter Final Approval Order. Civil case terminated. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.